UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**22-20249-CR-COOKE/DAMIAN**

CASE NO. _____

18 U.S.C. § 2422(b)
18 U.S.C. § 2251(a) and (e)
18 U.S.C. § 2252(a)(4)(B) and (b)(2)
18 U.S.C. § 2253
18 U.S.C. § 981(a)(1)(C)

FILED BY ____dgj____ D.C.

Jun 9, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIA

UNITED STATES OF AMERICA

v.

WESLEY WILLIAM HOUSTON,
    a/k/a "Virtual Demon,"
    a/k/a "VirtualDemon#3058,"
    a/k/a "CthulBoo#666,"
    a/k/a "CthulBoo#8393,"
    a/k/a "Moth Houston,"
    a/k/a "MH,"

        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Coercing and Enticing a Minor to Engage in Sexual Activity**
**(18 U.S.C. § 2422(b))**

Beginning on or about March 23, 2021, and continuing through on or about January 19, 2022, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

WESLEY WILLIAM HOUSTON,
a/k/a "Virtual Demon,"
a/k/a "VirtualDemon#3058,"
a/k/a "CthulBoo#666,"
a/k/a "CthulBoo#8393,"
a/k/a "Moth Houston,"
a/k/a "MH,"

using a facility of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, that is, the MINOR VICTIM, to engage in any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

## COUNT 2
### Production of Child Pornography
### (18 U.S.C. § 2251(a) and (e))

Beginning on or about March 23, 2021, and continuing through on or about January 19, 2022, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**WESLEY WILLIAM HOUSTON,**
a/k/a "Virtual Demon,"
a/k/a "VirtualDemon#3058,"
a/k/a "CthulBoo#666,"
a/k/a "CthulBoo#8393,"
a/k/a "Moth Houston,"
a/k/a "MH,"

did employ, use, persuade, induce, entice, and coerce a minor, that is, the MINOR VICTIM, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction having been produced using materials, that is, a cellular device, that had been mailed, shipped, and transported in interstate and foreign commerce, by any means, including by computer, and such visual depiction having actually been transported and transmitted using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 3
### Possession of Child Pornography
### (18 U.S.C. § 2252(a)(4)(B) and (b)(2))

Beginning on or about March 23, 2021, and continuing through on or about January 19, 2022, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**WESLEY WILLIAM HOUSTON,**
a/k/a "Virtual Demon,"
a/k/a "VirtualDemon#3058,"
a/k/a "CthulBoo#666,"
a/k/a "CthulBoo#8393,"
a/k/a "Moth Houston,"
a/k/a "MH,"

did knowingly possess matter which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

## CRIMINAL FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the Defendant, **WESLEY WILLIAM HOUSTON, a/k/a "Virtual Demon," a/k/a "VirtualDemon#3058," a/k/a "CthulBoo#666," a/k/a "CthulBoo#8393," a/k/a "Moth Houston," a/k/a "MH,"** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Sections 2251 and/or 2252, as alleged in this Indictment, the Defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

    a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced,

transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b.   Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c.   Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3.   Upon conviction of a violation of Title 18, United States Code, Sections 2422, as alleged in this Indictment, the Defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from the proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(c).

4.   The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, the following: One (1) black Apple iPhone XR, Model: MRYR2LL/A, Serial Number: DNPZ3ZP3KXKN.

All pursuant to Title 18, United States Code, Sections 2253(a) and 981(a)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

NARDIA HAYE
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

WESLEY WILLIAM HOUSTON,

_____/
Defendant.

CASE NO.:

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

**Court Division** (select one)
- ☑ Miami
- ☐ Key West
- ☐ FTP
- ☐ FTL
- ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take 3 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I ☑ 0 to 5 days
   - II ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                  Case No.

7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No.

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge                  Case No.

9. Defendant(s) in federal custody as of

10. Defendant(s) in state custody as of

11. Rule 20 from the                District of

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
Nardia Haye
Assistant United States Attorney
Court ID No.    A5502738

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: WESLEY WILLIAM HOUSTON**

**Case No:** _____

Count # 1:

Coercing and Enticing a Minor to Engage in Sexual Activity

Title 18, United States Code, Section 2422(b)
* Max. Term of Imprisonment: Life Imprisonment
* Mandatory Min. Term of Imprisonment (if applicable): Ten (10) Years' Imprisonment
* Max. Supervised Release: Five (5) Years
* Max. Fine: $250,000

Count # 2:

Production of Child Pornography

Title 18, United States Code, Section 2251(a) and (e)
* Max. Term of Imprisonment: Thirty (30) Years' Imprisonment
* Mandatory Min. Term of Imprisonment (if applicable): Fifteen (15) Years' Imprisonment
* Max. Supervised Release: Five (5) Years
* Max. Fine: $250,000

Count # 3:

Possession of Child Pornography

Title 21, United States Code, Section 2252(a)(4)(B) and (b)(2)
* Max. Term of Imprisonment: Ten (10) Years' Imprisonment
* Mandatory Min. Term of Imprisonment (if applicable):
* Max. Supervised Release: Three (3) Years

\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.